THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LINWOOD WILKERSON :
:
    Plaintiff :
:
v. : 3:12-CV-1462
: (JUDGE MARIANI)
CHARLES SAMUELS, JR., et al., :
:
    Defendants :

FILED
SCRANTON
FEB 1 3 2013
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 12TH DAY OF FEBRUARY, 2013**, upon consideration of Plaintiff's Motion for Reconsideration (Doc. 13), *de novo* review of Magistrate Judge Carlson's Report and Recommendation (Doc. 18), and consideration of Plaintiff's Objections thereto (Doc. 19), **IT IS HEREBY ORDERED THAT:**

1. The Report & Recommendation (Doc. 18) is **ADOPTED**.

2. Plaintiff's Motion for Reconsideration (Doc. 13) is **DENIED**.

Robert D. Mariani
United States District Judge