IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINWOOD WILKERSON,<br>    Plaintiff, | :<br>:  3:12-cv-1462<br>: |
| v. | :  (Judge Mariani)<br>: |
| CHARLES E. SAMUELS, JR., *et al.*,<br>    Defendants. | :<br>: |

## ORDER

**AND NOW**, this 24th day of March, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss and for summary judgment, (Doc. 64), is **GRANTED.**

2. Defendant Samuels is **DISMISSED** from this action for lack of personal jurisdiction.

3. Defendant Solomon is **DISMISSED** from this action for lack of personal involvement.

4. The Clerk of Court is directed to **ENTER** judgment in favor of the remaining Defendant, Smoker, and against Plaintiff.

5. The Clerk of Court is directed to **CLOSE** this case.

6. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

Robert D. Mariani
United States District Judge